828

*General Sobeloff, Assistant Attorney General Holland* and *Ellis N. Slack* for respondents. 

No. 194. GREGORY RUN COAL CO. ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *Sidney B. Gambill* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Robert B. Ross* for respondent. 

No. 259. COMMISSIONER OF INTERNAL REVENUE *v.* B. H. SWANEY & SONS, INC. ET AL. C. A. 4th Cir. Certiorari denied. *Solicitor General Sobeloff* for petitioner. *Arch M. Cantrall* and *W. G. Stathers* for respondents.

No. 195. CONSER *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. Supreme Court of Missouri. Certiorari denied. *Francis H. Monek* and *Melvin L. Griffith* for petitioner. *Richmond C. Coburn* for respondent. 

No. 196. HARRISON *v.* PARAMOUNT PICTURES, INC. ET AL. C. A. 3d Cir. Certiorari denied. *Harry Norman Ball* for petitioner. *Wm. A. Schnader* and *Earl G. Harrison* for Paramount Film Distributing Corp. et al., and *Louis G. Goffman* for Warner Bros. Pictures Distributing Corp. et al., respondents. 

No. 197. HADJIPATERAS ET AL. *v.* AMERICAN TOBACCO CO. ET AL. C. A. 2d Cir. Certiorari denied. *Paul V. McNutt* for petitioners. *John W. R. Zisgen* and *Henry N. Longley* for respondents. 

No. 198. SILVERMAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Roy C. Frank* for petitioner. *Solici-*

tor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg and Joseph A. Barry for the United States.

No. 200. TEXAS COMPANY v. UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. John C. Crawley for petitioner. Solicitor General Sobeloff, Assistant Attorney General Burger and Samuel D. Slade for the United States.

No. 202. PARMA WATER LIFTER Co. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. A. T. Fredricks for petitioner. Solicitor General Sobeloff, George J. Bott, David P. Findling and Dominick L. Manoli for respondent.

No. 205. COMMISSIONER OF INTERNAL REVENUE v. GOFF ET AL. C. A. 3d Cir. Certiorari denied. Solicitor General Sobeloff for petitioner. Monte Appel for respondents.

No. 206. COMMISSIONER OF INTERNAL REVENUE v. RAY ET UX. C. A. 5th Cir. Certiorari denied. Solicitor General Sobeloff for petitioner. Irving L. Goldberg for respondents.

No. 207. COMMISSIONER OF INTERNAL REVENUE v. McCUE BROS. & DRUMMOND, INC. C. A. 2d Cir. Certiorari denied. Solicitor General Sobeloff for petitioner. Murray F. Johnson for respondent.

No. 208. WILEMON ET AL. v. CITY AND COUNTY OF DALLAS LEVEE IMPROVEMENT DISTRICT ET AL. Court of Civil Appeals of Texas, Eighth Supreme Judicial District. Certiorari denied. M. M. Wade for petitioners. H. Bascom Thomas, Jr. for respondents.